No. 03–567.   LEZAJIC *v.* ASHCROFT, ATTORNEY GENERAL, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 03–570.   SANGHVI ET AL. *v.* CITY OF CLAREMONT, CALIFORNIA.   C. A. 9th Cir.   Certiorari denied.

No. 03–579.   FLORIDA *v.* DIAZ.   Sup. Ct. Fla.   Certiorari denied.

No. 03–593.   ST. JULIEN *v.* LOUISIANA.   Sup. Ct. La.   Certiorari denied.

No. 03–606.   BAFFERT *v.* CALIFORNIA HORSE RACING BOARD ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 03–608.   DAVIS ET AL. *v.* JUDY ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 03–610.   ABE *v.* MICHIGAN STATE UNIVERSITY.   Ct. App. Mich.   Certiorari denied.

No. 03–613.   STOOKSBURY ET AL. *v.* ROHM & HAAS CO.   C. A. 6th Cir.   Certiorari denied.

No. 03–621.   SCOTT ET UX. *v.* LOLA CRANE RENTAL CO. ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 03–626.   BOISE CASCADE CORP. *v.* OREGON BOARD OF FORESTRY.   Ct. App. Ore.   Certiorari denied.

No. 03–5103.   LANGFORD *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 03–5718.   WYMAN *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 03–5747.   DAVIS *v.* FLORIDA.   Dist. Ct. App. Fla., 2d Dist.   Certiorari denied.

No. 03–5816.   LONG *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.